
SERVICE COPY

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| CASSANDRA JANE BARNUM<br>2727 29th Street NW<br>Washington, DC  20008<br><br>Plaintiff<br><br>v.<br><br>JOHN ZOMBRO<br>3375 Spindletop Drive<br>Kennesaw, GA  30144<br><br>and<br><br>SKYHAWK LOGISTICS, INC.<br>Serve: Jimmy Ogunniyi<br>14300 Cherry Lane Ct.<br>Laurel, MD  20707<br><br>and<br><br>STEVE W. BARRETT<br>5037 Call PL SE<br>Washington, DC  20019-7693<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

RECEIVED
Civil Clerk's Office
FEB 1 5 2013
Superior Court of the
District of Columbia
Washington, D.C.

0001362-13

## COMPLAINT

(Motor Vehicle Negligence)

1.  Plaintiff Cassandra Barnum sues defendant Skyhawk Logistics, Inc., John Zombro and Steve Barrett for injuries and damages she sustained as a result of defendants' joint negligence.  Jurisdiction lies in this Court pursuant to D.C. Code § 13-423 (2001).  The amount in controversy exceeds $5,000.00.

1

2. On or about December 9, 2011 at approximately 6:00 p.m., plaintiff Cassandra Jane Barnum was operating a bicycle traveling Westbound on F Street NW, in Washington, DC. Plaintiff was at all times operating her bicycle vehicle with due regard for her own safety and that of others.

3. At that same time and place, the defendant Steve Barrett was operating an automobile stopped on F Street NW. Defendant John Zombro was a passenger in defendants' vehicle at that same time and place.

4. Upon information and belief, at the time of the collision the automobile driven by defendant Steve Barrett and occupied by defendant John Zombro was owned by Skyhawk Logistics, Inc.

5. Upon information and belief, at the time of the collision, Steve Barrett and John Zombro were employees of or, in the alterative, joint venturers with, defendant Skyhawk Logistics, Inc. and operating the vehicle within the scope of their employment or joint venture with defendant Skyhawk Logistics, Inc.

6. At that same time and place, suddenly and without warning, defendant John Zombro, carelessly and without checking for traffic, pedestrians or bicyclists, threw open a door to the vehicle and struck plaintiff Cassandra Barnum as she was lawfully proceeding on F Street NW.

7. Upon information and belief, at the time of the collision defendant John Zombro was operating the door to a vehicle owned by defendant Skyhawk Logistics, Inc. with the consent of the owner.

8.   Upon information and belief, at the time of the collision defendant Steve Barrett was operating a vehicle owned by defendant Skyhawk Logistics, Inc. with the consent of the owner.

9.   The collision was caused solely by the negligence and carelessness of the defendant John Zombro, Steve Barrett and Skyhawk Logistics, Inc. Such negligence includes, but is not limited to, failing to pay full time and attention to the operation of a motor vehicle, opening a door into traffic without caution, and generally failing to exercise due care in the operation of a motor vehicle -- all in violation of District of Columbia traffic regulations.

10.  As a direct and proximate result of the negligence and carelessness of the defendant, the plaintiff was caused to sustain serious physical injuries to her body and shoulder as well as substantial inconvenience and mental anguish. Because of her injuries the plaintiff has been caused to incur and will incur in the future medical and related expenses, has been caused to endure physical and mental pain and suffering, has been limited in engaging in his/her previous customary activities and pursuits, and has suffered a loss of earnings and an impairment of his/her earning capacity and damage to her personal property.

WHEREFORE, plaintiff, Cassandra Jane Barnum, demands judgment against defendants John Zombro, Skyhawk Logistics, Inc., and Steve W. Barrett, jointly and severally in the amount of THREE HUNDRED THOUSAND DOLLARS ($300,000.00), plus interest from the date of judgment and the allowable costs of this action.

_____
David Errol Tompkins, #457632
LEWIS & TOMPKINS, P.C.
4720 Montgomery Lane, Suite 330
Bethesda, MD 20814
dtompkins@lewisandtompkins.com
(202) 296-0666
(202) 371-9228 facsimile
Attorney for Plaintiff


_____
Sharon Lewis Tompkins, #454711
LEWIS & TOMPKINS, P.C.
4720 Montgomery Lane, Suite 330
Bethesda, MD 20814
stompkins@lewisandtompkins.com
(202) 296-0666
(202) 371-9228 facsimile
Attorney for Plaintiff


## JURY DEMAND

Pursuant to SCR-Civil Rule 38(b), Plaintiff requests a trial by jury of all issues involved herein.

_____
David E. Tompkins, Esq.